

**FILED**
JUN 16 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr1226-MMA |
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| RODNEY DWIGHT TRAYLOR, | |
| Defendant. | |

WHEREAS, in the Indictment returned in this case, the United States sought forfeiture of all firearms and ammunition involved in the commission of the offense charged in the Indictment pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, Defendant RODNEY DWIGHT TRAYLOR ("Defendant") consented to the forfeiture of all properties seized in connection with this case, and forfeiture of all firearms and ammunition involved in the offense, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to which the Defendant entered a guilty plea; and

WHEREAS, on or about February 2, 2021, the Defendant pled guilty before Magistrate Judge Michael S. Berg to Count 1 of the Indictment, which plea included consent to forfeiture of all properties seized in connection with this case, including all firearms and ammunition involved in the commission of the offense, including forfeiture of the following:

1          a)     Glock GMBH 19 Pistol CAL:9 SN:ACLB321 (30-round magazine included with pistol); and

3          b)     Approximately 28 Rounds Assorted Ammunition CAL:9; and

WHEREAS, on February 17, 2021, this Court accepted Defendant's guilty plea to the Indictment; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the Glock GMBH 19 Pistol CAL:9 SN:ACLB321 (30-round magazine included with pistol); and approximately 28 Rounds Assorted Ammunition CAL:9, and the offense of conviction; and

WHEREAS, by virtue of Defendant's factual admission and guilty plea to Count 1 of the Indictment, said properties are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

WHEREAS, the 30-round magazine included in the Glock GMBH 19 Pistol CAL:9 SN:ACLB321 is also forfeited, and for purposes of disposition by the United States, will be considered abandoned by Defendant as part of his plea agreement to be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely:

         a)     Glock GMBH 19 Pistol CAL:9 SN:ACLB321 (30-round magazine included with pistol); and

         b)     Approximately 28 Rounds Assorted Ammunition CAL:9; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

//

1.      Based upon the factual admission of the Defendant and his guilty plea, the United States is hereby authorized to take custody and control of the following assets, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

      a)     Glock GMBH 19 Pistol CAL:9 SN:ACLB321 (30-round magazine included with pistol); and

      b)     Approximately 28 Rounds Assorted Ammunition CAL:9.

2.      The aforementioned forfeited assets are to be held by ATF in its secure custody and control.

3.      Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4.      Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner

1 under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that is the subject of the Preliminary Order of Criminal Forfeiture.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 6/16/2021

Hon. MICHAEL M. ANELLO
United States District Judge